AO 83 (Rev. 12/85) Warrant for Arrest   ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA                    WARRANT FOR ARREST

V.                                          Case Number: CR 00-00215 DAE-BMK (03)

HUY LOI aka "SHERMAN" (03)

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST HUY LOI aka "SHERMAN"(03) and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

COUNT 1 - CONDUCTING AN ILLEGAL GAMBLING BUSINESS
COUNT 2- MONEY LAUNDERING
COUNT 3 - FORFEITURE OF $64,420.00

*SEALED BY ORDER OF THE COURT*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

in violation of Title 18 United States Code, Section(s) 1956(a) (1) (A) (i) and (h), 1955, 2, & 982.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 16/MAY/00 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Barry M. Kurren, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent Rachel A. Byrd | Rachel A. Byrd |
| Date of Arrest MAY 2 6 2007 | | |